

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-15-00796-CR

EX PARTE AMMAR MOHAMMED ALALI, Appellant

Appeal from the County Court of Chambers County.   (Tr. Ct. No. 29624).

This case is an appeal from the order denying habeas relief signed by the trial court on April 27, 2015.   After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal.   It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 10, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.